UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KAHEEM ARCHER,
CALVIN BENT,
CHRISTINE FERGUSON,
LAMONT MARTIN,
AJANI MCCHRISTON, and
CHAD REED,

Defendants.

**INDICTMENT**

26 Cr. 432

**COUNT ONE**
**(Conspiracy to Receive, Possess, and Dispose of Stolen Vehicles)**

The Grand Jury charges:

1. From at least in or about September 2023 through at least in or about June 2026, in the Southern District of New York and elsewhere, KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, the receipt, possession, and disposition of stolen vehicles, in violation of Title 18, United States Code, Section 2313.

2. It was a part and an object of the conspiracy that KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED, the defendants, and others known and unknown, would and did intentionally and knowingly receive, possess, conceal, store, barter, sell, and dispose of stolen vehicles, which stolen vehicles had crossed a State boundary after being stolen, knowing the same to be stolen, in

violation of Title 18, United States Code, Section 2313, to wit, knowing the vehicles to be stolen, KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED agreed to and did receive, possess, and dispose of multiple stolen rental vehicles, which had crossed State boundaries after being stolen.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about July 18, 2024, LAMONT MARTIN, the defendant, rented a vehicle from a branch of a rental car agency ("Rental Car Agency-1") in Newark, Delaware, using a fraudulent driver's license and a stolen credit card. The vehicle entered New York, New York, approximately the next day, on or about July 19, 2024; was never returned to Rental Car Agency-1; and was ultimately recovered by law enforcement in or about South Hills, Virginia, on or about July 31, 2024.

b. On or about July 26, 2024, KAHEEM ARCHER, the defendant, rented a vehicle from the same Rental Car Agency-1 branch in Newark, Delaware, using a fraudulent driver's license and a stolen credit card. The vehicle entered the Bronx, New York, approximately two days later, on or about July 28, 2024; was never returned to Rental Car Agency-1; and was ultimately recovered by law enforcement in or about Newburgh, New York, on or about July 30, 2024.

c. On or about January 14, 2025, AJANI MCCHRISTON, the defendant, rented a vehicle from a Rental Car Agency-1 branch in Lynn, Massachusetts, using a fraudulent driver's license and a stolen credit card. The vehicle entered the Bronx, New York, approximately

the same day, on or about January 14, 2025; was never returned to Rental Car Agency-1; and was ultimately recovered by law enforcement in or about Port Newark, a container ship facility in Newark, New Jersey, on or about March 11, 2025.

d. On or about January 21, 2025, CALVIN BENT, the defendant, attempted to rent a vehicle from the same Rental Car Agency-1 branch in Lynn, Massachusetts, using a fraudulent driver's license and a stolen credit card. That attempted rental was flagged by Rental Car Agency-1 as potentially fraudulent, and BENT was thus unable to rent the vehicle.

e. On or about January 28, 2025, CHAD REED, the defendant, rented a vehicle from a Rental Car Agency-1 branch in Torrington, Connecticut, using a fraudulent driver's license and a stolen credit card. The vehicle entered the Bronx, New York, approximately the same day, on or about January 28, 2025; was never returned to Rental Car Agency-1; and was ultimately recovered by law enforcement in or about Colombus, Ohio, on or about February 27, 2025.

f. On or about February 15, 2025, CHRISTINE FERGUSON, the defendant, attempted to rent a vehicle from the same Rental Car Agency-1 branch in Torrington, Connecticut, using a fraudulent driver's license and a stolen credit card. That attempted rental was flagged by Rental Car Agency-1 as potentially fraudulent, and FERGUSON was thus unable to rent the vehicle.

g. On or about February 28, 2025, CHRISTINE FERGUSON rented a vehicle from a branch of a rental car agency ("Rental Car Agency-2") in Randolph, Massachusetts, using a fraudulent driver's license and a stolen credit card. The vehicle entered the Bronx, New York, approximately the same day, on or about February 28, 2025; was never returned to Rental Car

Agency-2; and was ultimately recovered by Rental Car Agency-2 in or about Brooklyn, New York, on or about March 30, 2025.

h. On or about March 3, 2025, CALVIN BENT rented a vehicle from the same Rental Car Agency-2 branch in Randolph, Massachusetts, using a fraudulent driver's license and a stolen credit card. The vehicle was recovered by law enforcement approximately the same day, on or about March 3, 2025, in or about Northampton, Massachusetts.

i. On or about March 3, 2025, CALVIN BENT attempted to rent a vehicle from a branch of Rental Car Agency-1 in Northampton, Massachusetts, using a fraudulent driver's license and a stolen credit card. After being detected by law enforcement, CALVIN BENT attempted to flee in a different vehicle with KAHEEM ARCHER and CHRISTINE FERGUSON.

(Title 18, United States Code, Section 371.)

## COUNT TWO
## (Conspiracy to Commit Wire Fraud)

The Grand Jury further charges:

4. The allegations contained in paragraph 3 of this Indictment are repeated, realleged, and incorporated as if fully set forth herein.

5. From at in or about September 2023 through at least in or about June 2026, in the Southern District of New York and elsewhere, KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

6. It was a part and an object of the conspiracy that KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD

REED, the defendants, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED agreed to make, and caused to be made, false statements to multiple rental car agencies in order to fraudulently obtain rental vehicles, and sent and received, and caused others to send and receive, electronic communications, monetary transfers, and other wires, to and from the Southern District of New York and elsewhere, in furtherance of that scheme.

(Title 18, United States Code, Section 1349.)

**COUNT THREE**
**(Aggravated Identity Theft)**

The Grand Jury further charges:

7. The allegations contained in paragraphs 3 through 6 of this Indictment are repeated, realleged, and incorporated as if fully set forth herein

8. From at least in or about September 2023 through at least in or about June 2026, in the Southern District of New York and elsewhere, KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED, the defendants, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED

used and transferred the names and credit card numbers of other persons during and in relation to the wire fraud conspiracy offense charged in Count Two of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

## FORFEITURE ALLEGATIONS

9. As a result of committing the offense alleged in Count One of this Indictment, KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(5), any and all property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, from the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of gross proceeds traceable to the commission of said offenses.

10. As a result of committing the offense alleged in Count Two of this Indictment, KAHEEM ARCHER, CALVIN BENT, CHRISTINE FERGUSON, LAMONT MARTIN, AJANI MCCHRISTON, and CHAD REED, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## Substitute Assets Provision

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, 982, and 1028;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted] 9/17/2024
FOREPERSON

James M. McDonald
JAMES M. MCDONALD
United States Attorney



Whel B/J.Abrams/aw 9/17/26